JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO BRANCH, | ) NO. CV 09-07238 PSG (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| KATHLEEN DICKINSON, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:January 8, 2010

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE